No. —, Original. JOHN DOE, DEMISE OF THE COMMON-WEALTH OF MASSACHUSETTS, *v.* CITY OF ROCHESTER; AND No. —, Original. COMMONWEALTH OF MASSACHUSETTS *v.* EUGENE VAN VOORHIS ET AL., COMMISSIONERS OF APPRAISAL. Argued April 24, 1922. Decided April 24, 1922. Motions for leave to file declarations herein denied, without prejudice to filing of motions for leave to file bills in equity for the same purpose. *Mr. E. H. Abbott, Jr.,* for plaintiffs. *Mr. Eugene Van Voorhis* for Van Voorhis et al.

———

No. 92. UNITED STATES EX REL. ROBERT A. WIDENMANN *v.* CHARLES E. HUGHES, AS SECRETARY OF STATE, ETC. Error to the Court of Appeals of the District of Columbia. May 1, 1922. Motion requesting the court to deliver an opinion in this case denied. *Mr. George W. Tucker* and *Mr. Everett V. Abbott,* for plaintiff in error, in support of the motion. [See 257 U. S. 619.]

———

No. —, Original. *Ex parte:* IN THE MATTER OF CARL PARKER, PETITIONER. May 1, 1922. Motion for leave to file petition for a writ of habeas corpus herein denied. *Mr. Walter Holland* for petitioner.

———

No. 232. HARTFORD LIFE INSURANCE COMPANY *v.* GARLAND S. JOHNSON, ADMINISTRATOR, ETC. Appeal from the District Court of the United States for the Western District of Missouri. Submitted April 24, 1922. Decided May 1, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. James C. Jones, Mr. Lon O. Hocker, Mr. Frank H. Sullivan, Mr. George F. Haid, Mr. E. H. Angert* and *Mr. James C. Jones, Jr.,* for appellant. *Mr. Matthew A. Fyke* and *Mr. Peyton A. Parks* for appellee.